**UNITED STATES of America v. James A. WILLIAMS and Williams & Cornelius.**

No. 9261.

Circuit Court of Appeals, Ninth Circuit.

Aug. 16, 1939.

Sam M. Driver, U. S. Atty., of Spokane, Wash.

Williams & Cornelius, of Spokane, Wash., for appellees.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITY GOLD CORPORATION, Petitioner, v. SECURITIES AND EXCHANGE COMMISSION, Respondent.**

No. 8977.

Circuit Court of Appeals, Ninth Circuit.

July 31, 1939.

L. P. Sanders, of Butte, Mont., for petitioner.

Chester E. Lane, Gen. Counsel, and Robert E. Kline, Asst. Gen. Counsel, both of Washington, D. C., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

This cause coming on for hearing on motion of petitioner that its petition to review and set aside an order of the Securities and Exchange Commission be dismissed, and respondent not opposing said motion, and good cause therefor appearing, it is ordered that said motion be, granted, and that the petition to review and set aside in this cause be, and hereby is dismissed.

**Sally WEINSTEIN, Appellant, v. SIEMENS & HALSKE AKTIENGESELLSCHAFT and Siemens-Schuckertwerke Aktiengesellschaft, Appellees.**

No. 391.

Circuit Court of Appeals, Second Circuit.

June 30, 1939.

Abraham L. Pomerantz, of New York City, for appellant.

Cravath, de Gersdorff, Swaine & Wood, of New York City (Eugene E. Ford, of New York City, of counsel), for appellees.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 26 F.Supp. 410.